David Bolton, P.C.
David Bolton, Esq. (DB 3826)
666 Old Country Road, Suite 509
Garden City, New York 11530
Phone: (516) 222-0600
Facsimile: (516) 222-1110
E-mail: dbolton@dboltonpc.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
K&S NORTH TITUSVILLE, LLC,

           Plaintiff,

  -against-

JAMES NOTEWARE,

           Defendant.
-------------------------------------------------------X

STATEMENT PURSUANT TO
RULE 7.1 OF THE FEDERAL RULES
OF CIVIL PROCEDURE

      Plaintiff, K&S North Titusville, LLC, by and through its attorneys, David Bolton, P.C., states as follows:

      Plaintiff has no parent corporation or any publicly held corporation owning 10% or more of its stock

Dated: Garden City, New York
       November 12, 2009

                                DAVID BOLTON, P.C.

                                By: _____
                                David Bolton, Esq. (DB 3826)
                                666 Old Country Road, Suite 509
                                Garden City, New York 11530
                                Phone: (516) 222-0600
                                Facsimile: (516) 222-1110
                                E-mail: dbolton@dboltonpc.com

                                *Attorney for Plaintiff*