```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FI.  3/4/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
K&S NORTH TITUSVILLE, LLC,

       Plaintiff,         09 CIVIL 9667 (DAB)

  -against-             **JUDGMENT**

JAMES NOTEWARE,          #10,0351
       Defendant.
-----------------------------------------------------------X

  Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 1, 2010, having rendered its Order entering final judgment against James Noteware, in the sum of (a) $1,365,000, plus interest at the rate of 18% per annum from December 31, 2008, to the date of entry of judgment, plus (b) attorney's fees and costs of collection in the amount of $4,000.00, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2010, final judgment is entered against James Noteware, in the sum of (a) $1,365,000, plus interest at the rate of 18% per annum from December 31, 2008, to the date of entry of judgment of $288,108.49, plus (b) attorney's fees and costs of collection in the amount of $4,000.00, for a total sum of $1,657,108.49.

**Dated:** New York, New York
     March 4, 2010             **J. MICHAEL McMAHON**

                             **Clerk of Court**
                   BY:
                             **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____